UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| STRIKER 3 HOLDINGS, LLC, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | 5:22-cv-0354 |
| | : | |
| JOHN DOE subscriber assigned IP address 64.121.116.203, | : | |
| | : | |
| Defendant. | : | |

**ORDER ON PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A
MOTION REQUESTING LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR
TO A RULE 26(F) CONFERENCE**

THIS CAUSE came before the Court upon Plaintiff's Application for an Order permitting

Plaintiff to file a motion to obtain leave to serve a third-party subpoena prior to a Rule 26(f)

conference (the "Application"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Application is granted. Plaintiff may file a motion

seeking leave to serve a third-party subpoena prior to a Rule 26(f) conference.

SO ORDERED this 31st day of January, 2022.


BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

013122